IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RICHARD COX                                                          PETITIONER
ADC #115950

V.                  NO. 5:02CV00234 JWC

LARRY NORRIS, Director,                               RESPONDENT
Arkansas Department of Correction

## JUDGMENT

In accordance with the Court's Memorandum Opinion and Order entered this date, judgment is hereby entered dismissing this 28 U.S.C. § 2254 petition for writ of habeas corpus in its entirety, with prejudice.

IT IS SO ORDERED this 19th day of July, 2005.

_____
UNITED STATES MAGISTRATE JUDGE