IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RICHARD COX                                                                                    PETITIONER
ADC #115950

V.                              NO. 5:02CV00234 JWC

LARRY NORRIS, Director,                                                              RESPONDENT
Arkansas Department of Correction

## ORDER

Pursuant to a consent form signed by counsel for both parties, this 28 U.S.C. § 2254 habeas corpus case was transferred to the undersigned United States Magistrate Judge for disposition and entry of an appropriate judgment (docket entry #10). See 28 U.S.C. § 636(c). Judgment subsequently was entered by the undersigned on July 20, 2005, dismissing the habeas petition in its entirety and terminating the case (docket entry #13). Petitioner's counsel has now filed "objections" to the Magistrate Judge's "findings and recommendation" and a "request for hearing and statement of necessity" (docket entry #15). In light of Petitioner's consent to entry of final judgment by the Magistrate Judge, his objections and requests are of no effect. Any appeal must be taken to the United States Court of Appeals for the Eighth Circuit.

IT IS SO ORDERED this 9th day of August, 2005.

                                                                              _____
                                                                              UNITED STATES MAGISTRATE JUDGE